UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL NO. 3:17-131 |
| v. | : | |
| | : | (JUDGE MANNION) |
| **PATRICK SUTHERLAND,** | : | |
| **Defendant** | : | |

## ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The defendant Patrick Sutherland's letter Motion, **(Doc. 171)**, to the extent that it challenges the BOP's sentence computation, is **DISMISSED WITHOUT PREJUDICE** to file a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 in the U.S. District Court for the District of Connecticut.

**(2)** To the extent defendant Sutherland's Motion is construed as a motion for compassionate release, it is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction since he has failed to comply with §3582(c)(1)(A)'s exhaustion requirement.

**(3)** To the extent defendant Sutherland's motion can be alternatively construed as a motion for immediate release to home confinement under the CARES Act, it is **DISMISSED** since the court lacks authority to grant such relief under the Act.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 16, 2020**
17-131-01-Order